

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-13-00144-CR

Gerardo Gabriel **DE LA FUENTE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011CRN000962 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court